# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DOWNINGTOWN AREA SCHOOL DISTRICT | : No. 678 MAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the |
| | : Commonwealth Court |
| | : |
| CHESTER COUNTY BOARD OF ASSESSMENT APPEALS  TAX PARCEL NO.: 33-5-43.3 | : |
| | : |
| | : |
| PETITION OF: DOWNINGTOWN AREA SCHOOL DISTRICT | : |
| | : |
| DOWNINGTOWN AREA SCHOOL DISTRICT | : No. 679 MAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the |
| | : Commonwealth Court |
| | : |
| CHESTER COUNTY BOARD OF ASSESSMENT APPEALS  TAX PARCEL NO.: 33-5-43.2 | : |
| | : |
| | : |
| PETITION OF: DOWNINGTOWN AREA SCHOOL DISTRICT | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is

**GRANTED**.  The issues, as stated by petitioner, are:

(1)     Whether the Commonwealth Court Majority incorrectly held that the School District must appeal all potentially underassessed properties in the School District in order to comply with the Uniformity Clause of the Pennsylvania Constitution,[ PA. CONST. art. VIII, §1,] which holding is inconsistent with Pennsylvania Supreme Court precedent explicitly recognizing that there will never be perfect uniformity in real estate taxation, and constitutes a wholly impractical requirement?

(2)     Whether the Commonwealth Court Majority incorrectly held that the School District implemented its tax assessment appeal policy in an arbitrary fashion—where the factual basis for such holding was not established at trial, is explicitly contradicted by the record, and improperly disregards the totality of the trial evidence and testimony—and is inconsistent with the standards set forth by the Pennsylvania Supreme Court, as well as Commonwealth Court precedent?